IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:23-801 |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| v. | ) | 18 U.S.C. § 2253 |
| | ) | 18 U.S.C. § 2428 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **JOSEPH PETER ARIENTA** | ) | **INDICTMENT** |

COUNT 1
(Coercion and Enticement of a Minor)

THE GRAND JURY CHARGES:

On or about September 23, 2020, in the District of South Carolina and elsewhere, the Defendant, **JOSEPH PETER ARIENTA,** used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely a 10 year old (E.L.), to engage in sexual activity, which would constitute a criminal offense under South Carolina Code of Laws Annotated Section 16-15-0395(A) (Sexual Exploitation of a Minor, First Degree);

In violation of Title 18, United States Code, Section 2422(b).

1

## COUNT 2
### (Production of Child Pornography)

THE GRAND JURY FURTHER CHARGES:

On or about September 23, 2020, in the District of South Carolina and elsewhere, the Defendant, **JOSEPH PETER ARIENTA** , did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely a ten year old (E.L.)., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE

COERCION AND ENTICEMENT OF A MINOR:

Upon conviction for violation of Title 18, United States Code, Section 2422, as charged in this Indictment, the Defendant, **JOSEPH PETER ARIENTA**, shall forfeit to the United States his interest in:

(i) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(ii) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

PRODUCTION OF CHILD PORNOGRAPHY:

Upon conviction for violation of Title 18, United States Code, Section 2251 as charged in this Indictment, the Defendant, **JOSEPH PETER ARIENTA**, shall forfeit to the United States his interest in:

(i) any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253 and 2428, and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

3

Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of Title 18.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty.

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253 and 2428, and Title 28, United States Code, Section 2461(c).

4

0:23-cr-00801-CMC   Date Filed 10/03/23   Entry Number 2   Page 5 of 5

A <u>True</u> BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: _____
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Facsimile: (803) 254-2943
Email: john.potterfield@usdoj.gov

5

Case 3:23-mj-00422-DCK   Document 1   Filed 12/01/23   Page 5 of 5